IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE
MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PETER NYGEL CHRISTIAN,

      Appellant,

v.                               Case No.  5D22-2532
                                LT Case No. 2019-CF-000709
                                        2020-CF-001137
                                        2021-CF-001368

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 25, 2023

Appeal from the Circuit Court
for Sumter County,
Mary Hatcher, Judge.

Matthew J. Metz, Public Defender, and Andrew
Mich, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Robert J. Bradford, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


JAY, HARRIS and BOATWRIGHT, JJ., concur.